# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Cynthia White**

    vs.                    **CASE NUMBER: 5:06-CV-1536  (GTS/GJD)**

**Verizon Communications, Inc., et al**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Defendants' Motion for Summary Judgment is granted and Plaintiff's Complaint is hereby Dismissed with prejudice.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 17th day of December, 2008.

DATED: December 17, 2008

*Lawrence K. Baerman*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk